HARRY GINSBERG, Respondent, *v.* AKOS HORVATH et al., Copartners Doing Business under the Name of PHILLIPSBURG TEXTILE PRINT WORKS, Appellant.

Argued January 8, 1948; decided March 5, 1948.

*Robert Levine, Bernard S. Kanton* and *Frederick E. M. Ballon* for appellants.

*Samuel J. Siegel* and *Chester E. Frankel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.